IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REZ CAPITAL, LLC, | § | |
| | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | |
| v. | § | |
| | § | |
| REDLINE BURGERS, INC. and G. CHARLES HATCH, | § | |
| | § | Civil Action No. 2:20-cv-291 |
| *Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| DAMON PEREZ AND JOSETTE PEREZ, | § | |
| | § | |
| *Counter-Defendants.* | § | |

## PLAINTIFF'S NOTICE OF REMOVAL

Plaintiff Rez Capital, LLC hereby removes Cause No. 2020DCV-2171-C from the 94th Judicial District Court, Nueces County, Texas, to this Court pursuant to and in accordance with 28 U.S.C. §§ 1331, 1338. As grounds for this removal, Plaintiff states as follows:

## FACTS

1. On June 24, 2020, Plaintiff filed this lawsuit in Texas state court against Defendants Redline Burgers, Inc. and G. Charles Hatch ("Defendants") for common law trademark infringement.

2. On October 27, 2020, Defendants filed counterclaims and third-party claims alleging for the first time that Plaintiff and Third-Party Defendants violated the Lanham Act.

## BASIS FOR REMOVAL

*3.* This case concerns a federal question involving use of a trademark in interstate commerce. The district court has original jurisdiction over any civil action arising under any Act of Congress relating to use of trademarks in interstate commerce. 28 U.S.C. §1338. No state court shall have jurisdiction over any claim for relief arising under any Act of Congress relating to trademarks, including the Lanham Act. *Id*.; 15 U.S.C. § 1051 *et seq*. Moreover, this Court has supplemental jurisdiction over any claim(s) of unfair competition that are substantially related to Plaintiff's common law trademark claims. 28 U.S.C. § 1338. This Court also has supplemental jurisdiction over any other claim that forms a part of the same case or controversy as Plaintiff's claim(s) under unfair competition law. *See* 28. U.S.C. § 1367(a). Thus, this cause is removable under federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. § 1051 *et seq.*

4. This Court is the appropriate venue for purposes of removal under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

5. No previous removal of this cause has been attempted or effected.

## PAPERS FROM REMOVED ACTION

6. Pursuant to 28 U.S.C. § 1446(a), a copy of the state court docket sheet and a copy of all pleadings that assert causes of action (e.g., complaints, amended complaints, supplemental complaints, petitions, counter-claims, cross-actions, third-party actions, interventions, etc.), all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court as required by 28 U.S.C. § 1446(a) are attached to this notice as Exhibit A.

7. Pursuant to L.R.81, a list of all counsel of record is attached as Exhibit B.

## NOTICE OF FILING REMOVAL

8. Notice of this removal will be given promptly to Plaintiff and the Nueces County District Court pursuant to 28 U.S.C. § 1446(d).

## CONCLUSION

WHEREFORE, Plaintiff Rez Capital LLC respectfully removes this action from the 94th Judicial District Court, Nueces County, Texas, Cause No. 2020DCV-2171-C, to the United States District Court for the Southern District of Texas.

Respectfully submitted,

By: /s/ *Carlisle A. Braun*
Carlisle A. Braun
Southern District Bar No. 3553443
State Bar No. 24058818
cbraun@fbfk.law

**FERGUSON BRASWELL FRASER KUBASTA P.C.**
2500 N. Dallas Parkway, Suite 600
Plano, Texas 75093
Tel.  972.378.9111
Fax  972.378.9115

/s/ *Paul Dodson*
Paul Dodson
Southern District Bar No. 348
Texas State Bar No. 05942000
615 N. Upper Broadway #2000
Corpus Christi, Texas 78401
Of Counsel to Huseman Law Firm
TEL:   361.364.7415
FAX:   361.237.1963
Paul@PaulDodson.net

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT AND COUNTER-DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that that on November 25, 2020, a true and correct copy of this document was delivered to the following:

**Via Electronic Service**
Amanda N. Torres
BRANSCOMB, PLLC
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78401-0036
atorres@branscomblaw.com

*Attorney for Defendants*

　　　　　　　　　　　　　　　　　　　　　*/s/ Carlisle A. Braun*
　　　　　　　　　　　　　　　　　　　　　Carlisle A. Braun